# Appendix B
## Additional Counsel

### AKERMAN LLP

David W. Parham
david.parham@akerman.com
Yelena Archiyan
yelena.archiyan@akerman.com

2001 Ross Avenue, Suite 3600
Dallas, TX 7520
Telephone: (214) 720-4300
Facsimile: (214) 981-9339

### ALLEGAERT BERGER & VOGEL LLP

John F. Zulack
jzulack@abv.com
Christopher Allegaert
callegaert@abv.com
Lauren Pincus
lpincus@abv.com
Bianca Lin
blin@abv.com

111 Broadway, 20th Floor
New York, NY 10006
(212) 571-0550

### ALLEN & OVERY LLP

Laura R. Hall
laura.hall@allenovery.com
Jonathan Cho
jonathan.cho@allenovery.com

1221 Avenue of the Americas
New York, NY 10020
(212) 610-6300

**ARCHER & GREINER, P.C.**

Gerard Diconza
gdiconza@archerlaw.com

630 Third Avenue
New York, NY 10017
Tel: (212) 682-4940

**ARNOLD & PORTER KAYE SCHOLER LLP**

Scott B. Schreiber
scott.schreiber@arnoldporter.com
Rosa J. Evergreen
rosa.evergreen@arnoldporter.com

601 Massachusetts Ave., NW
Washington, DC 20001-3743
(202)-942-5000

Kent A. Yalowitz
kent.yalowitz@arnoldporter.com
Daniel R. Bernstein
daniel.bernstein@arnoldporter.com

250 West 55th Street
New York, New York 10019
(212) 836-8000

**BAKER & MCKENZIE LLP**

Jacob Kaplan
jacob.kaplan@bakermckenzie.com
L Andrew S. Riccio
andrew.riccio@bakermckenzie.com
Charles Cummings
charles.cummings@bakermckenzie.com

452 Fifth Avenue
New York, New York 10018
(212) 626-4100

**BAST AMRON LLP**

Jeffrey P. Bast
jbast@bastamron.com
Jaime B. Leggett
jleggett@bastamron.com

1 SE 3rd Avenue, Suite 1400
Miami, FL 33131
(305) 379-7904

**BECKER, GLYNN, MUFFLY, CHASSIN &
HOSINSKI LLP**

Zeb Landsman
zlandsman@beckerglynn.com
Jordan Stern
jstern@beckerglynn.com

299 Park Avenue
New York, New York 10171
(212) 888-3033

**BEYS LISTON & MOBARGHA LLP**

Joshua D. Liston
jliston@blmllp.com
Michael P. Beys
mbeys@blmllp.com

641 Lexington Avenue, 14th Floor
New York, NY 10022
(646) 755-3601

**BOIES, SCHILLER & FLEXNER LLP**

Alan B. Vickery
avickery@bsfllp.com
Jack G. Stern
jstern@bsfllp.com

55 Hudson Yards
New York, NY 10001
(212) 446-2300

**BUTZEL LONG, P.C.**

Joshua E. Abraham
abraham@butzel.com

477 Madison Avenue, Suite 1230
New York, New York 10022
Tel. (212) 374-5370
Fax (212) 818-0494

**CHAFFETZ LINDSEY LLP**

Andreas A. Frischknecht
a.frischknecht@chaffetzlindsey.com
Erin E. Valentine
e.valentine@chaffetzlindsey.com

1700 Broadway, 33rd Floor
New York, New York 10019
(212) 257-6960

**CHALOS & CO, P.C.**

George M. Chalos
gmc@chaloslaw.com
Briton P. Sparkman
bsparkman@chaloslaw.com

55 Hamilton Avenue
Oyster Bay, NY 11771
(516) 714-4300

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

Jeffrey A. Rosenthal
jrosenthal@cgsh.com
Carmine D. Boccuzzi, Jr.
cboccuzzi@cgsh.com
Breon S. Peace
bpeace@cgsh.com
Elizabeth Vicens
evicens@cgsh.com
Ari D. MacKinnon
amackinnon@cgsh.com
Lina Bensman
lbensman@cgsh.com
E. Pascale Bibi
pbibi@cgsh.com
Thomas S. Kessler
tkessler@cgsh.com
Ariel M. Fox
arfox@cgsh.com

One Liberty Plaza
New York, NY 10006
(212) 225-2000

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

Nowell D. Bamberger
nbamberger@cgsh.com

2112 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 974-1500

**CLIFFORD CHANCE US LLP**

Jeff E. Butler
jeff.butler@cliffordchance.com

31 West 52nd Street
New York, NY 10019
(212) 878-8000

**COHEN & GRESSER LLP**

Daniel H. Tabak
dtabak@cohengresser.com

800 Third Avenue, Fl. 21
New York, NY 10022
(212) 957-7600

**COOLEY LLP**

Jonathan Bach
jbach@cooley.com

1114 Avenue of the Americas
New York, NY 10036
212-479-6000

**DAVIS & GILBERT LLP**

Joseph Cioffi
jcioffi@dglaw.com
Bruce Ginsberg
bginsberg@dglaw.com
H. Seiji Newman
hsnewman@dglaw.com

1740 Broadway
New York, NY 10019
(212) 468-4800

**DAVIS POLK & WARDWELL LLP**

Elliot Moskowitz
elliot.moskowitz@davispolk.com
Andrew Ditchfield
andrew.ditchfield@davispolk.com

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

**DEBEVOISE & PLIMPTON LLP**

Erica S. Weisgerber
eweisgerber@debevoise.com
Shannon Selden
srselden@debevoise.com
Jyotin Hamid
jhamid@debevoise.com
Sandy D. Tomasik
stomasik@debevoise.com

919 Third Avenue
New York, NY 10022
(212) 909-6998

**DECHERT LLP**

Gary J. Mennitt
gary.mennitt@dechert.com

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3831

**DENTONS US LLP**

Fred W. Reinke
fred.reinke@dentons.com

1900 K Street NW
Washington, DC 20006
(202) 496-7160

**DLA PIPER LLP (US)**

Rachel Ehrlich Albanese
Rachel.Albanese@us.dlapiper.com
Cherelle Glimp
Cherelle.Glimp@us.dlapiper.com

1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500

**FOX HORAN & CAMERINI LLP**

William M. Brodsky
wmbrodsky@foxlex.com

885 Third Avenue, 17th Floor
New York, New York 10022
212-480-4800

**FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP**

David M. Morris
david.morris@friedfrank.com

One New York Plaza
New York, NY 10004
(212) 859-8000

**FRIEDMAN KAPLAN SEILER & ADELMAN
LLP**

Bruce S. Kaplan
bkaplan@fklaw.com

7 Times Square
New York, New York 10036
(212) 833-1100

**FROST BROWN TODD LLC**

Douglas L. Lutz
dlutz@fbtlaw.com
Erin P. Severini
eseverini@fbtlaw.com

3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
(513) 651-6724

**GIBSON, DUNN & CRUTCHER LLP**

Marshall R. King
mking@gibsondunn.com
Gabriel Herrmann
gherrmann@gibsondunn.com

200 Park Avenue
New York, NY 10166
(212) 351-4000

**GILMARTIN, POSTER & SHAFTO LLP**

Michael C. Lambert
mclambert@lawpost-nyc.com

845 Third Avenue, 17th Floor
New York, NY 10022
(212) 425-3220

**GOODWIN PROCTER LLP**

Anne E. Railton
arailton@goodwinlaw.com
Valerie A. Haggans
vhaggans@goodwinlaw.com
Gregory W. Fox
gfox@goodwinlaw.com

The New York Times Building
620 Eighth Avenue
New York, New York 10018
T: 212-813-8800
F: 646-558-4174

**HARNIK LAW FIRM**

Stephen M. Harnik
stephen@harnik.com

666 Third Avenue, 10th Floor
New York, NY 10017
(212) 599-7575

**HERBERT SMITH FREEHILLS NEW YORK
LLP**

Scott S. Balber
scott.balber@hsf.com
Jonathan Cross
jonathan.cross@hsf.com

450 Lexington Avenue
New York, NY  10017
(917) 542-7600

**HOGAN LOVELLS US LLP**

Marc J. Gottridge
marc.gottridge@hoganlovells.com
Andrew M. Harris
andrew.harris@hoganlovells.com
Lisa J. Fried
lisa.fried@hoganlovells.com
Benjamin A. Fleming
benjamin.fleming@hoganlovells.com

390 Madison Avenue
New York, NY 10017
(212) 918-3000

**HUGHES HUBBARD & REED LLP**

Christopher K. Kiplok
chris.kiplok@hugheshubbard.com
Jeffrey S. Margolin
jeff.margolin@hugheshubbard.com

One Battery Park Plaza
New York, NY 10004
(212) 837-6000

**HUNTON ANDREWS KURTH LLP**

Robert A. Rich
rrich2@HuntonAK.com

200 Park Avenue, 52nd Floor
New York, New York 10166
(212) 309-1000

**HUNTON ANDREWS KURTH LLP**

Joseph P. Rovira
josephrovira@huntonak.com

600 Travis, Suite 4200
Houston, Texas 77002
(713) 220-4609

**JENNER & BLOCK LLP**

Richard Levin
rlevin@jenner.com
Carl Wedoff
cwedoff@jenner.com

919 Third Avenue
New York, NY 10022
(212) 891-1600

**K&L GATES LLP**

Wm. Shaw McDermott
shaw.mcdermott@klgates.com

State Street Financial Center
One Lincoln Street
Boston, MA 02111
Phone: 617.261.3100
Fax: 617.261.3175

**KASOWITZ BENSON TORRES LLP**

David J. Mark
DMark@kasowitz.com

1633 Broadway
New York, New York, 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

**KATTEN MUCHIN ROSENMAN LLP**

Anthony K. Paccione
anthony.paccione@katten.com
Mark T. Ciani

575 Madison Ave.
New York, NY 10022
212.940.8800

**KLEINBERG KAPLAN WOLFF & COHEN, P.C.**

Norris D. Wolff
nwolff@kkwc.com

551 Fifth Avenue, 18th Floor
New York, New York 10176
(212) 986-6000

**KOBRE & KIM LLP**

Jonathan D. Cogan
jonathan.cogan@kobrekim.com
D. Farrington Yates
farrington.yates@kobrekim.com
Adam M. Lavine
adam.lavine@kobrekim.com
Donna Xu
donna.xu@kobrekim.com

800 Third Avenue
New York, New York 10022
(212) 488-1200

**LATHAM & WATKINS LLP**

Christopher R. Harris
christopher.harris@lw.com
Thomas J. Giblin
thomas.giblin@lw.com

885 Third Avenue
New York, NY 10022
(212) 906-1200

**LINKLATERS LLP**

James R. Warnot, Jr.
James.warnot@linklaters.com
Brenda D. DiLuigi
Brenda.diluigi@linklaters.com
Nicole Jerry
Nicole.jerry@linklaters.com
Somin Lee
Somin.lee@linklaters.com

1345 Avenue of the Americas
New York, New York 10105
(212) 903-9000

**LOWENSTEIN SANDLER LLP**

Michael B. Himmel
JDelgado@lowenstein.com
Jennifer Fiorica Delgado

1251 Avenue of the Americas
New York, New York 10020
646-414-6962

**LAW OFFICE OF MARTIN MUSHKIN LLC**

Martin Mushkin
mmushkin@mushkinlaw.com

1100 Summer St. 3rd Floor
Stamford, CT  06905-5534
Tel: 203-252-2357 or 212-779-4233
Fax: 203-547-7540

**MCKOOL SMITH, PC**

Eric B. Halper
ehalper@mckoolsmith.com
Virginia I. Weber
vweber@mckoolsmith.com

One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 10001
212.402.9413

**MILBANK LLP**

Alexander B. Lees
alees@milbank.com

55 Hudson Yards
New York, NY 10001
Tel: (212) 530-5000

**MORGAN LEWIS & BOCKIUS LLP**

Joshua Dorchak
joshua.dorchak@morganlewis.com

101 Park Avenue
New York, New York 10178
(212) 309-6000

**MORRISON & FOERSTER LLP**

John A. Pintarelli
jpintarelli@mofo.com
Erica J. Richards
erichards@mofo.com

250 West 55th Street
New York, New York 10109
(212) 468-8000

**MOSES & SINGER LLP**

Mark N. Parry
mparry@mosessinger.com
Jessica K. Bonteque
jbonteque@mosessinger.com

The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 554-7800

**MUSKIN LAW OFFFICES**

Victor P. Muskin
victor@muskinlaw.com

767 Third Avenue – Suite 2400
New York, NY 10017
(212) 688-3200
(917) 301-6950 (cell)

**NORRIS MCLAUGHLIN, P.A.**

Melissa A. Pena
mapena@norris-law.com

7 Times Square
New York, NY 10036
(212) 808-0700

**O'MELVENY & MYERS LLP**

Pamela A. Miller
pmiller@omm.com
William J. Sushon
wsushon@omm.com
Daniel S. Shamah
dshamah@omm.com

Seven Times Square
New York, NY 10036
(212) 326-2088

**PILLSBURY WINTHROP SHAW PITTMAN
LLP**

Eric Fishman
eric.fishman@pillsburylaw.com
Andrew Troop
andrew.troop@pillsburylaw.com

31 West 52nd Street
New York, NY 10019-6131
(212) 858-1000

**REED SMITH LLP**

David Schlecker
dschlecker@reedsmith.com
James C. McCarroll
jmccarroll@reedsmith.com
John C. Scalzo
jscalzo@reedsmith.com
Christopher A. Lynch
clynch@reedsmith.com

599 Lexington Avenue
New York, NY 10022
(212) 521-5400

**ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.**

Steven Eichel
se@robinsonbrog.com
Andrew B. Zinman
abz@robinsonbrog.com

875 Third Avenue
New York, NY 10022
212-603-6300

**ROPES & GRAY LLP**

Martin J. Crisp
martin.crisp@ropesgray.com

1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000

**RUSSO PLLC**

Robert Sidorsky
rsidorsky@russopllc.com

350 Fifth Avenue, Suite 7230
New York, NY 10118
Tel: (212) 363-2000

**SEIDEN LAW GROUP LLP**

Amiad Kushner
akushner@seidenlegal.com

469 Seventh Avenue, 5th Fl.
New York, NY 10018
Tel.: (646) 766-1914

**SEWARD & KISSEL LLP**

M. William Munno
munno@sewkis.com

One Battery Park Plaza
New York, NY 10004
(212) 574-1587

**SHEARMAN & STERLING LLP**

Brian H. Polovoy
BPolovoy@Shearman.com
Jeffrey Resetarits
Jeffrey.Resetarits@Shearman.com
Randall L. Martin
Randall.Martin@Shearman.com

599 Lexington Avenue
New York, NY 10022
(212) 848-4000

**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**

Seong H. Kim (admitted pro hac vice)
SHKim@sheppardmullin.com

1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067
(310) 228-6161

Michael T. Driscoll
mdriscoll@sheppardmullin.com

30 Rockefeller Plaza
New York, NY 10112
(212) 634-3055

**SIDLEY AUSTIN LLP**

Steven M. Bierman
sbierman@sidley.com
Alex R. Rovira
arovira@sidley.com
Andrew P. Propps
apropps@sidley.com

787 Seventh Avenue
New York, NY 10019
(212) 839-5300

**SULLIVAN & CROMWELL LLP**

Diane L. McGimsey
mcgimseyd@sullcrom.com
(*admitted pro hac vice*)

1888 Century Park East,
Los Angeles, California 90067
(310) 712-6600

**SULLIVAN & CROMWELL LLP**

Jeffrey T. Scott
scottj@sullcrom.com
Andrew J. Finn
finna@sullcrom.com

125 Broad Street,
New York, New York 10004
(212) 558-4000

**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

Ralph A. Siciliano
Siciliano@thsh.com

900 Third Avenue
New York, NY 10022
(212) 508-6718

**THOMPSON HINE LLP**

Barry M. Kazan
barry.kazan@thompsonhine.com
Emily J. Mathieu
emily.mathieu@thompsonhine.com

335 Madison Avenue, 12th Floor
New York, NY 10017
(212) 344-5680

**VEDDER PRICE P.C.**

Joshua A. Dunn
jdunn@vedderprice.com

1633 Broadway, 31st Floor
New York, NY 10019
(212) 407-7791

**WACHTELL, LIPTON, ROSEN & KATZ**

Emil A. Kleinhaus
eakleinhaus@wlrk.com
Angela K. Herring
akherring@wlrk.com

51 West 52nd St.
New York, New York  10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

**WESTERMAN BALL EDERER MILLER
ZUCKER & SHARFSTEIN LLP**

Michael B. Weitman
mweitman@westermanllp.com

1201 RXR Plaza
Uniondale, NY 11556
(516) 414-8015

**WILMER CULTER PICKERING HALE AND
DORR LLP**

Andrea J. Robinson
andrea.robinson@wilmerhale.com
George W. Shuster, Jr.
george.shuster@wilmerhale.com

7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 937-7518

**WINSTON & STRAWN LLP**

Heather Lamberg
hlamberg@winston.com
Keith Palfin
kpalfin@winston.com

1901 L Street NW
Washington, D.C. 20036
(202) 282-5000

**WOLLMUTH MAHER & DEUTSCH LLP**

William A. Maher
wmaher@wmd-law.com
Philip R. Schatz
pschatz@wmd-law.com
Fletcher W. Strong
fstrong@wmd-law.com

500 Fifth Avenue
New York, New York 10110
(212) 382-3300

**WUERSCH & GERING LLP**

Gregory F. Hauser
gregory.hauser@wg-law.com
Jascha D. Preuss
jascha.preuss@wg-law.com

100 Wall Street, 10th Floor
New York, NY 10005
(212) 509-5050