UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>        Debtor in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (CGM)<br><br>Jointly Administered |
| FAIRFIELD SENTRY LTD. (IN LIQUIDATION), et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CITIBANK NA LONDON, et al.,<br><br>        Defendants. | Adv. Pro. No. 10-03622 (CGM) |

## AMENDED SCHEDULING ORDER

**WHEREAS**, on October 19, 2021, the Court entered a scheduling order following the parties' Rule 26(f) conference setting deadlines for discovery;

**WHEREAS**, the parties have demonstrated "good cause" for extending the briefing deadlines set forth in the applicable scheduling orders;

**IT IS NOW, THEREFORE, HEREBY ORDERED,** that:

1. Interrogatories (except contention interrogatories) shall be served by April 18, 2023;

2. Contention interrogatories and requests for admission shall be served by June 16, 2023;

3. Contention interrogatories shall be served no earlier than April 18, 2023;

4. The Parties shall substantially complete document productions by February 13, 2023;

5. Fact discovery shall conclude by July 31, 2023;

6. The deadline for the Parties to disclose the identity of any expert witness under Federal Rule of Civil Procedure 26(a)(2) is June 12, 2023;

7. The Parties may designate rebuttal expert witnesses consistent with Federal Rule of Civil Procedure 26(a)(2)(D)(ii) by July 10, 2023;

8. The Parties shall submit a mutually agreed to proposed schedule for exchanging opening, rebuttal, and reply expert report and for completion of expert depositions (or, barring agreement, competing proposed Orders for the Court's consideration) no later than July 24, 2023;

9. All expert discovery shall be completed by March 18, 2024;

10. Any request for leave to amend pleadings or join parties shall be made by August 11, 2023;

[*Remainder of page intentionally left blank*]

11. The Parties shall jointly contact the Court on March 22, 2024 to schedule a status conference to discuss summary judgment and trial.



Dated: January 13, 2022
Poughkeepsie, New York

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge