**Exhibit B**
Status of Negotiations Over Substantial Completion

| Defendant (As Named) | Adv. Pro. No. | Current Law Firm | Substantial Completion Response |
|---|---|---|---|
| Banque Cantonale Vaudoise | 10-03635 10-03636 | ALLEGAERT BERGER & VOGEL LLP | Agreed to a 6/30/22 substantial completion deadline on the condition that the Liquidators propose an amended briefing schedule by 5/20/22. |
| BCV AMC Defensive Alt Fund (acting through Gerifonds SA, as manager) (sued as BCV AMC Defensive AL Fund) | 10-03635 10-03636 | | |
| CBH Compagnie Bancaire Helvétique SA (sued as Compagnie Bancaire Helvétique SA) | 10-03635 10-03636 | | |
| Edmond de Rothschild (Suisse) S.A. (as successor-in-interest to Sella Bank AG) | 10-03635 10-03636 | | |
| Edmond de Rothschild (Suisse) S.A. (sued as Rothschild Bank Geneva (Dublin)) | 10-03635 10-03636 | | |
| Edmond de Rothschild (Suisse) S.A. as successor-in-interest to Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A. | 10-03635 10-03636 | | |
| Rothschild & Co Bank AG (sued as Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG) | 10-03635 10-03636 | | |

| Defendant (As Named) | Adv. Pro. No. | Current Law Firm | Substantial Completion Response |
|---|---|---|---|
| Rothschild & Co Asset Management Europe (f/k/a Rothschild & Cie Gestion), as manager of the Elan Gestion Alternative fund (sued as Rothschild & Cie Banque-EGA) | 10-03627 | | |
| Société Générale Bank & Trust (n/k/a Société Générale Luxembourg) | 10-0363510-03636 | ALLEGAERT BERGER & VOGEL LLP | Agreed to a 6/30/22 substantial completion deadline for only hardcopy and transaction documents on the condition that the Liquidators propose an amended briefing schedule by 5/20/22. |
| Banque Lombard Odier & Cie S.A. (sued as Lombard Odier Darier Hentsch & Cie) | 10-03635 10-03636 | MAYER BROWN LLP | |
| SIX SIS Ltd. f/k/a SIS SegaInterSettle AG (sued as SIS Seeganintersettle) | 10-03635 10-03636 | CHAFFETZ LINDSEY LLP | Although they previously indicated that they were likely to substantially complete productions of jurisdictional documents by 5/31/22, they have not responded in writing to the Liquidators' 5/13/22 proposal. |
| SIX SIS Ltd. | 10-03635 10-03636 | | |
| HSBC Private Bank Suisse SA | 10-03633 | CLEARY GOTTLIEB STEEN & HAMILTON LLP | Previously agreed to a 5/31/22 deadline for substantially completing the production of non-custodial emails. The Liquidators and the HSBC defendants are discussing an extension of the substantial completion deadline to 7/15/22 for custodial emails. |
| HSBC Securities Services (Luxembourg) SA | 10-03630 | | |
| Citibank (Switzerland) AG (sued as Citibank (Switzerland) Zurich) | 10-03634 | CLEARY GOTTLIEB STEEN & HAMILTON LLP | The parties are in settlement discussions. Defendants have requested that the Liquidators hold in abeyance any substantial completion deadline to facilitate those settlement discussions. The Liquidators are considering that request. |
| Citivic Nominees Limited | 10-03634 | | |

| Defendant (As Named) | Adv. Pro. No. | Current Law Firm | Substantial Completion Response |
|---|---|---|---|
| BGL BNP Paribas S.A. (f/k/a BNP Paribas Luxembourg SA) | 10-03626 | CLEARY GOTTLIEB STEEN & HAMILTON LLP | Rejected a 6/30/22 substantial completion deadline but proposed 7/15/22 as an alternative date. The Liquidators are considering that counterproposal. |
| BNP Paribas (Suisse) SA; BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA); BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA) | 10-03635 10-03636 | | |
| BNP Paribas Arbitrage SNC | 10-04098 | | |
| BNP Paribas España f/k/a Fortis Bank (España) | 12-01551 | | |
| BNP Paribas Fortis f/k/a Fortis Bank SA/NV | 11-01617 | | |
| BNP Paribas Private Bank & Trust Cayman Ltd. | 10-04099 | | |
| BNP Paribas Securities Nominees Ltd. a/k/a Harrier Holdings Ltd. | 11-01579 | | |
| BNP Paribas Securities Services Luxembourg | 10-03627 | | |
| Caceis Bank Luxembourg | 10-03635 10-03636 | CLEARY GOTTLIEB STEEN & HAMILTON LLP | Although defendant previously reported that it is attempting to produce documents expeditiously, it has not responded to the Liquidators' 5/13/22 proposal. |
| Banque Internationale a Luxembourg SA (f/k/a Dexia Banque Internationale a Luxembourg SA) | 10-03635 10-03636 | CLIFFORD CHANCE US LLP | Previously stated that it believes it has substantially completed its productions but has not otherwise responded to the Liquidators' 5/13/22 proposal. |

| Defendant (As Named) | Adv. Pro. No. | Current Law Firm | Substantial Completion Response |
|---|---|---|---|
| Bank Leumi le-Israel B.M. (substituted for Bank Leumi (Switzerland) Ltd.) | 10-03636 | DAVIS POLK & WARDWELL LLP | Indicated in prior correspondence that it is unable to produce documents except under the Hague Convention but has not otherwise responded to the Liquidators' 5/13/22 proposal. |
| UBS AG (incorrectly sued as UBS AG Zurich and UBS AG New York) | 10-03635 10-03636 | GIBSON, DUNN & CRUTCHER LLP | Indicated in prior correspondence that open issues regarding scope preclude them from proposing a substantial completion deadline but have not otherwise responded to the Liquidators' 5/13/22 proposal. |
| UBS Europe SE, Luxembourg Branch f/k/a UBS (Luxembourg) SA | 11-01250 | | |
| UBS Jersey Nominees Limited | 10-03635 10-03636 | | |
| Private-Space Ltd. | 10-03630 | GILMARTIN, POSTER & SHAFTO LLP | Agreed to a 6/30/22 substantial completion deadline on the condition that the deadline apply to all parties in 10-3630. |
| Vorarlberger Landes-Und Hypothekenbank AG (n/k/a Hypo Vorarlberg Bank AG) | 10-03635 10-03636 | HARNIK LAW FIRM | Previously indicated that it intends to substantially complete <u>hardcopy</u> productions by 5/31/22 but has not otherwise responded to the Liquidators' 5/13/22 proposal. |
| Hapoalim (Switzerland) Ltd. | 10-03635 10-03636 | HERBERT SMITH FREEHILLS NEW YORK LLP | Stated that it anticipates being able to produce agreed-upon documents by 6/30/22 but did not consent to a substantial completion deadline. |
| Coutts & Co. Ltd. (f/k/a RBS Coutts Bank Ltd.) | 10-03635 10-03636 | KATTEN MUCHIN ROSENMAN LLP | Previously indicated that it believes it has substantially completed productions of documents responsive to the Liquidators' initial set of discovery requests. Proposed 7/31/22 as the substantial completion deadline. |

| Defendant (As Named) | Adv. Pro. No. | Current Law Firm | Substantial Completion Response |
|---|---|---|---|
| Harmony Capital Fund Ltd. | 10-03635 10-03636 | | Previously indicated that it expects to substantially complete productions of documents by 5/31/22.  Proposed 7/31/22 as the substantial completion deadline. |
| Lloyds TSB Bank Geneva n/k/a Lloyds Bank plc | 10-03635 10-03636 | | Previously indicated that it expects to substantially complete productions of documents by 6/30/22.  Proposed 7/31/22 as the substantial completion deadline. |
| National Bank of Kuwait S.A.K.P. | 10-03635 10-03636 | CIRILLO LAW | Previously indicated that they could meet a 5/31/22 substantial completion deadline for production of documents responsive to the Liquidators' initial set of discovery requests but has not otherwise responded to the Liquidators' 5/13/22 proposal. |
| NBK Banque Privée (Suisse) SA | 10-03635 10-03636 | | |
| BSI AG as successor-in-interest to Banca Unione di Credito | 10-03635 10-03636 | KOBRE & KIM LLP | Rejected a 6/30/22 substantial completion deadline during a 5/18/22 meet-and-confer but proposed 7/31/22 as an alternative deadline. |
| BSI AG | 10-03635 10-03636 | | |
| BSI AG as successor-in-interest to Banca del Gottardo (sued as BSI Ex Banca Del Gottardo) | 10-03635 10-03636 | | |
| EFG Bank AG (a/k/a EFG Bank SA and sued as EFG Bank SA Switzerland) | 10-03635 10-03636 | | |

| Defendant (As Named) | Adv. Pro. No. | Current Law Firm | Substantial Completion Response |
|---|---|---|---|
| EFG Bank (Monaco) S.A.M. f/k/a EFG Eurofinancier D'Investissements S.A.M. (sued as EFG Eurofinancier D'Invest MCL) | 10-03635 10-03636 | | |
| EFG Bank AG (f/k/a and sued as EFG Private Bank SA) | 10-03634 | | |
| Union Bancaire Privée, UBP SA (sued as ABN AMRO Schweiz AG a/k/a ABN AMRO (Switzerland) AG) | 10-03635 10-03636 | LATHAM & WATKINS LLP | Although it has not responded to the Liquidators' 5/13/22 proposal, the parties are in settlement discussions. |
| Bank Julius Baer & Co. Ltd. | 10-03635 10-03636 | MCKOOL SMITH, P.C. | Rejected 6/30/22 substantial completion deadline given concerns about completing custodial email productions by that time. |
| Merrill Lynch International | 11-01463 | O'MELVENY & MYERS LLP | Committed to substantially complete production of non-custodial email documents by 5/30/22. Expects to be able to make a proposal regarding a substantial completion date for custodial emails by late this week or early next week. |
| Merrill Lynch Bank (Suisse) S.A. (sued as Merrill Lynch Bank) | 10-03634 | O'MELVENY & MYERS LLP | Previously indicated it has not located any documents responsive to the Liquidators' requests but has not otherwise responded to the Liquidators' 5/13/13 proposal. |
| Clariden Leu Ltd. | 10-03635 10-03636 | O'MELVENY & MYERS LLP | Agreed to a 6/30/22 substantial completion deadline. |
| Credit Suisse AG (sued as Credit Suisse AG Zurich) | 10-03635 10-03636 | | |

| Defendant (As Named) | Adv. Pro. No. | Current Law Firm | Substantial Completion Response |
|---|---|---|---|
| Citco Banking Corporation N.V. | 19-01122 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | Agreed to a 6/30/22 substantial completion deadline. |
| Citco Global Custody (NA) N.V. | 19-01122 | | |
| The Citco Group Limited | 19-01122 | | |
| Falcon Private Bank | 10-03635 10-03636 | PILLSBURY WINTHROP SHAW PITTMAN LLP | Parties are in the process of settling. |
| Incore Bank AG | 10-03635 10-03636 | | |
| Anima SGR S.p.A. (f/k/a Clessidra SGR S.p.A.) (sued as Milan Clessidra a/k/a Clessidra SGR SpA Anima) | 10-03627 | SHEARMAN & STERLING LLP | Parties are in the process of settling. |
| Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie | 10-03635 10-03636 | SULLIVAN & CROMWELL LLP | Previously indicated at a 5/9/2022 meet-and-confer their willingness to substantially complete by 6/30/22 any productions of documents responsive to the Liquidators' initial set of discovery requests but have not otherwise responded to the Liquidators' 5/13/22 proposal. |
| Banque Pictet & Cie SA (sued as Pictet & Cie) | 10-03635 10-03636 | WACHTELL, LIPTON, ROSEN & KATZ | Agreed to a 6/30/22 substantial completion deadline with respect to discovery agreed on to date. |
| Corner Banca SA | 10-03635 10-03636 | WILMER CUTLER PICKERING HALE AND DORR LLP | Stated that it is not able to agree to a substantial completion deadline because the parties are in settlement discussions. |
| Bank Vontobel AG (sued as Finter Bank Zurich) | 10-03635 10-03636 | | Indicated that it believes it has substantially completed productions of documents responsive to the Liquidators' initial set of discovery requests. |

| Defendant (As Named) | Adv. Pro. No. | Current Law Firm | Substantial Completion Response |
|---|---|---|---|
| Privatbank IHAG Zurich AG (sued as IHAG Handelsbank AG) | 10-03635 10-03636 | | Stated that they are not able to agree to a substantial completion deadline because the parties are in settlement discussions. |
| PKB Privatbank AG | 10-03635 10-03636 | | |
| Banca Arner S.A. a/k/a One Swiss Bank | 10-03635 10-03636 | | |
| Altipro Master Fund (sued as Altigefi-Altipro Master a/k/a Olympia Capital Management) | 10-03627 | WINSTON & STRAWN LLP | Previously indicated its intention to substantially complete production of documents responsive to the Liquidators' initial discovery requests by the first week of June but has not otherwise responded to the Liquidators' 5/13/22 proposal. |
| BBVA (Suisse) SA | 10-03635 10-03636 | | Previously rejected a 5/31/31 substantial completion deadline but has not otherwise responded to the Liquidators' 5/13/22 proposal. |
| Fairfield Investment Fund Ltd. | 10-03635 10-03636 | WOLLMUTH MAHER & DEUTSCH LLP | Agreed to a 6/30/22 substantial completion deadline. |
| Fairfield GCI Fund (sued as Fairfield Investment GCI) | 10-03635 10-03636 | | |
| FIF Advanced Ltd. | 10-03635 10-03636 | | |
| Centrum Bank AG (sued as Centrum Bank AG (AMS)) | 10-03635 10-03636 | WUERSCH & GERING LLP | Rejected a 6/30/22 substantial completion deadline but propose 7/31/22 as an alternative date. |
| Verwaltungs- und Privat-Bank AG (n/k/a VP Bank AG) (sued as Verwaltungs und Privat-Bank AG Aktiengesellschaft (AMS))) | 10-03635 10-03636 | | |

| Defendant (As Named) | Adv. Pro. No. | Current Law Firm | Substantial Completion Response |
|---|---|---|---|
| LGT Bank in Liechtenstein AG (n/k/a LGT Bank AG) | 10-03635 10-03636 | | |
| Liechtensteinische Landesbank Aktiengesellschaft (sued as Liechtensteinische LB Reinvest AMS) | 10-03635 10-03636 | | |
| Dresdner Bank Schweiz (now known as LGT Bank (Switzerland) Ltd.) | 10-03635 10-03636 | | |